810

No. 750, October Term, 1943. SCHITA *v.* PESCOR, WARDEN. October 9, 1944. 322 U. S. 761.

No. 828, October Term, 1943. PHILLIPS *v.* NEW YORK. October 9, 1944. 322 U. S. 748.

No. 940, October Term, 1943. YLAGAN *v.* UNITED STATES. October 9, 1944. 322 U. S. 763.

No. 948, October Term, 1943. FITZPATRICK *v.* NIERSTHEIMER, WARDEN. October 9, 1944. 322 U. S. 759.

No. 954, October Term, 1943. RONEY ET AL. *v.* FEDERAL LAND BANK OF LOUISVILLE. October 9, 1944. 322 U. S. 753.

No. 961, October Term, 1943. WHITE, ADMINISTRATOR, ET AL. *v.* SINCLAIR PRAIRIE OIL CO. ET AL. October 9, 1944. 322 U. S. 760.

No. 965, October Term, 1943. SKELLY OIL CO. *v.* AMACKER ET AL. October 9, 1944. 322 U. S. 760.

No. 971, October Term, 1943. NATIONAL BANK OF MIDDLEBORO ET AL. *v.* UNITED STATES. October 9, 1944. 322 U. S. 754.

No. 972, October Term, 1943. LOUISVILLE PROPERTY CO. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. 322 U. S. 755.